# UNITED STATES DISTRICT COURT
for the

Western District of Washington

United States of America
v.

Victor M. Gonzalez Vazquez

Date of Original Judgment: 7/08/11
Date of Previous Amended Judgment: 11/08/13
*(Use Date of Last Amended Judgment if Any)*

Case No: CR10-324RAJ

USM No: 40683-086

Christopher Black
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 144 months **is reduced to** 140 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/08/2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: September 6, 2018

Effective Date: July 6, 2018
*(if different from order date)*

The Honorable Richard A. Jones, U.S. District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Victor Gonzalez-Vazquez
CASE NUMBER: CR10-324RAJ
DISTRICT: Western Washington

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: 34 | Amended Total Offense Level: 32 |
| Criminal History Category: I | Criminal History Category: I |
| Previous Guideline Range: 151 to 188 months | Amended Guideline Range: 121 to 151 months |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS